**No. 46671.**—Protests 12342–K, etc., of J. F. Starkey & Co. (Boston).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of amorphous graphite or plumbago of the same character as that involved in *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444).   It was therefore held dutiable at 10 percent under paragraph 213 as claimed.

**No. 46672.**—Protest 64284–K of Canada Packers, Ltd.ˉ (Buffalo).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material surrounding the hams.

**No. 46673.**—Protest 60747–K of L. Bamberger & Co. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of earthenware plates composed of a nonvitrified absorbent body, that they are articles of tableware, and are decorated.   They were therefore held dutiable at 10 cents per dozen pieces and 30 percent ad valorem under paragraph 211 as amended by the British Trade Agreement (T. D. 49753).

**No. 46674.**—Protest 66574–K of Rohner Gehrig & Co. (New York).

Opinion by KEEFE, J.   From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector.   The protest was therefore overruled.